**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 01-1210**

————————

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

R. G. BATEMAN; J. B. ANTONELLI; NORTH
CAROLINA,

Defendants - Appellees.

————————

**No. 01-1218**

————————

ARTHUR O. ARMSTRONG,

Petitioner - Appellant,

versus

R. G. BATEMAN; J. B. ANTONELLI,

Respondents - Appellees.

ARTHUR O. ARMSTRONG,

                                        Petitioner - Appellant,

        versus

R. G. BATEMAN; ANTONELLI, et al,

                                        Respondents - Appellees.

Appeals from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, District Judge.  (MISC-00-64-1, MISC-00-94-1, MISC-00-95-1)

Submitted:  May 3, 2001                    Decided:  May 17, 2001

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Arthur O. Armstrong, Appellant Pro Se.  Staci Tolliver Meyer, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Arthur O. Armstrong appeals district court orders dismissing his motions for leave to file lawsuits. We have reviewed the record and the district court orders and find no error. Accordingly, we deny Armstrong's motions for leave to proceed in forma pauperis and dismiss the appeals as frivolous. We further deny Armstrong's motion for summary judgment filed in No. 01-1210. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED